## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**v.**                                  **No. 4:24-CR-00225-01-JM**

**BERTOLDO ALCARAZ-ORTUNO**

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 46) is DENIED.

The Court applied Amendment 821 when Defendant was sentenced on February 2, 2026.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 3rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 34.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (per curiam) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).